UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Argit Echevarria
                                         Plaintiff(s)            13 CV 3710  (RPP)
        - against -                                              SCHEDULING ORDER
Anazlet Medical
_____ Defendant(s)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/13

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ✓ Yes  By Rule.

3. Amend the pleadings by  8/30/13 .

4. Medical Authorizations by  8/15/13 .

5. Rule (26) compliance by  7/31/13 for Plaintiff, By 8/15/13 for the Defendant .

6. Plaintiff experts' reports to be served by _____ .

7. Defendant experts' reports to be served by _____ .

8. Experts' depositions to be completed by _____ .

9. All discovery to be completed by  11/27/13 .

10. All fact discovery to be completed by  11/27/13 .

11. Dispositive motions by _____, Answer by _____, Reply by _____.

12. If no dispositive motion, pretrial order to be filed by  12/18/13 .

13. Trial date is scheduled for  1/6/14  at 9:30am.

14. Settlement conference with parties & counsel to be held on  12/22/13  at  10 AM .

15. Pretrial conference is scheduled for _____ at _____ .

Dated: New York, New York
       July 31, 2013

                                                    SO ORDERED.

                                                    ROBERT P. PATTERSON, JR.
                                                    U.S.D.J.