UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Echevarria
                              **Plaintiff(s)**        13 CV 3710   (RPP)

- against -
                                            **SCHEDULING ORDER**

Insight Medical

                              **Defendant(s)**

**PATTERSON, D.J.**

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 4/18/14*

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: _____ Yes _____ No

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule (26) compliance by _____.

6. Plaintiff experts' reports to be served by _____.

7. Defendant experts' reports to be served by _____.

8. Experts' depositions to be completed by _____.

9. All discovery to be completed by _____.

10. All fact discovery to be completed by _____.

11. Dispositive motions by _____, Answer by _____, Reply by _____.

12. If no dispositive motion, pretrial order to be filed by **6/16/14**.

13. Trial date is scheduled for **6/30/14** at **9:30am**.

14. Settlement conference with parties & counsel to be held on _____ at _____.

15. Pretrial conference is scheduled for _____ at _____.

16. VOIR DIRE REQUESTS, REQUESTS TO CHARGE AND MOTIONS IN LIMINE BY 6/16/14.

Dated: New York, New York
       4/18/14

                                              **SO ORDERED.**

                                            **ROBERT P. PATTERSON, JR.**
                                                   **U.S.D.J.**